| US DISTRICT COURT OF THE SOUTHERN DISTRICT OF NEW YORK | AFFIDAVIT OF SERVICE |
|---|---|
| COUNTY OF | |

MECKLER ASSOCIATES, PC D/B/A MECKLER ASSOCIATES,

CLIENT: ALEXANDER POOLE
FF/INDEX #: 14 CIV. 9045
DATE FILED: 11/13/14
DOCKET #:

Plantiff(s)/Petitioners(s)

- AGAINST -

WARWICK PROPERTIES, INC., ET AL.,

PRESIDING:
COURT D/T:
AMOUNT:

Defendant(s) / Respondent(s)

**STATE OF NEW YORK, COUNTY OF ORANGE ss:**

THE UNDERSIGNED DEPONENT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF PENNSYLVANIA.

That on 11/21/14 at 2:10 PM at 5 WASHINGTON TERRACE, NEWBURGH, N.Y., 12550

deponent served the within **SUMMONS IN A CIVIL ACTION, ADDENDUM TO SUMMONS, CIVIL COVER SHEET, SCHEDULE, & COMPLAINT TRIAL BY JURY DEMANDED WITH EXHIBITS**

on **INDEPENDENT LIVING, INC.** therein named

**CORPORATION** ☑ By delivering to and leaving with **BETH ABARCA** and that he knew the person
so served to be the **MANAGING AGENT** of the corporation, and authorized to accept service.

☐ AND AT THE SAME TIME PAYING IN ADVANCE    THE AUTHORIZED FEE

**DESCRIPTION** Deponent describes the individual served as follows:

**FEMALE, WHITE SKIN, BLONDE HAIR, 35 - 43 YRS, 5'1" - 5'3", 125 - 135 LBS.**

Other identifying features:

Sworn to before me on: 11/24/2014

*Joann Johnson (signature)*
JOANN JOHNSON
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES AUGUST 15, 20_18_
01JO5031856

KATHLEEN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES NOVEMBER 30, 20__
01GO4632958

JOHN GOULD
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ORANGE COUNTY
COMMISSION EXPIRES JULY 15, 20__
01GO5013764

*Joseph Sherlock (signature)*
JOSEPH SHERLOCK

14/20929